UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. 3:19-CR-19 |
| | ) | |
| ROBERTO ESQUIVEL-ALONSO | ) | |

# **O R D E R**

Magistrate Judge, Debra C. Poplin, filed a report and recommendation recommending the court: (1) accept defendant's pleas of guilty to Counts One and Two of the Information; (2) adjudicate defendant guilty of the charges set forth in Counts One and Two of the Information; and (3) find that defendant shall remain in custody until sentencing in this matter [R. 39].   Neither party filed a timely objection to the report and recommendation.   After reviewing the record, the court agrees with the magistrate judge's report and recommendation.   Accordingly, the court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [R. 39] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)   Defendant's pleas of guilty to Counts One and Two of the Information are **ACCEPTED**;

(2)   Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and Two of the Information; and

(3)   Defendant **SHALL REMAIN** in custody until sentencing in this matter

which is scheduled to take place on **May 7, 2019 at 1:30 p.m.** before the

Honorable Pamela L. Reeves, United States District Judge.

**SO ORDERED.**

**ENTER:**

s/ _____
UNITED STATES DISTRICT JUDGE